**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

ALVIN WAYNE HOGAN, :
:
        Plaintiff :
:
vs. :
:
CHARLES HOLT, *et al.*, : NO. 5:11-CV-20 (MTT)
:
        Defendants : **O R D E R**
_____ :

      Plaintiff **ALVIN WAYNE HOGAN**, an inmate at Houston County Detention Center ("HCDC"), has filed a motion to proceed *in forma pauperis* on appeal from the Court's January 19, 2011 order that dismissed plaintiff's *pro se* civil rights complaint under 42 U.S.C. § 1983. The reason for dismissal of this case was plaintiff's failure to fully exhaust administrative remedies prior to asserting his claims against the defendants, pursuant to 42 U.S.C. § 1997e(a). In the Court's best judgment, an appeal from that order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed IFP on appeal is hereby **DENIED**.

      If plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because plaintiff has stated that he cannot pay the $455 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $455 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison

account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $455 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is directed to send a copy of this order to the business manager at HCDC.

**SO ORDERED**, this 14th day of March 2011.

s/ Marc T. Treadwell<br>
MARC T. TREADWELL, JUDGE<br>
UNITED STATES DISTRICT COURT